# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CARAVANTES, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STRATEGIC MATERIALS, INC., a corporation; and Does 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-05493-BRO-(RAO)<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO STAY FEDERAL LAWSUIT AND ARBITRATE CLAIMS**<br><br>Judge: Hon. Beverly R. O'Connell<br>Ctrm.: 7C<br><br>Complaint Filed: April 25, 2017 |

The Court having read and considered the parties' Joint Stipulation to Stay Federal Lawsuit and Arbitrate Claims, and good cause showing therefore:

IT IS HEREBY ORDERED THAT this matter is stayed pending the conclusion of arbitration.

IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

In order to permit the Court to monitor this action, the Court orders the parties to file periodic status reports.

The first such report is to be filed on November 3, 2017, unless the stay is lifted sooner. Successive reports shall be filed every 90 days thereafter. Each report must indicate on the face page the date on which the next report is due.

JS-6

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

All pending calendar dates are vacated by the Court.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

DATED: August 7, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441